**Darrell L. PADGETT, Petitioner—Appellant,**

v.

**UNITED STATES of America, Respondent—Appellee.**

No. 04–6199.

United States Court of Appeals, Fourth Circuit.

Submitted: July 15, 2004.

Decided: July 21, 2004.

Darrell L. Padgett, Appellant pro se.

Michael Lee Keller, Office of the United States Attorney, Charleston, West Virginia, for Appellee.

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Darrell L. Padgett appeals from the district court's adoption of the magistrate judge's recommendation to deny Padgett's 18 U.S.C. § 3582(c)(2) (2000) motion for reduction of his sentence. Padgett based his motion on Amendment 591 to the United States Sentencing Guidelines. Because our review of the record shows that application of Amendment 591 would not change the calculation of Padgett's sentence, we grant leave to proceed in forma pauperis and affirm the order of the district court. We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*